# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JILLIAN WALKER, *et al*., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: 1:13-cv-01989 GMS |
| ) | |
| NEW CASTLE COUNTY, ) | |
| DELAWARE, ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL**

The parties stipulate to voluntarily dismiss this action under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).  The dismissal shall be ***with prejudice.***

| | |
|---|---|
| JORDAN LAW, LLC | NEW CASTLE COUNTY OFFICE OF LAW |
| | |
| /s/ ***Brian T.N. Jordan*** | |
| BRIAN T.N. JORDAN | /s/ ***Jordan J. Perry*** |
| DE Bar ID No.: 5501 | JORDAN J. PERRY |
| 704 N. King St., Suite 600 | DE Bar ID No.:5297 |
| Wilmington, DE 19801 | Assistant County Attorney |
| P: (302) 472-4900 | New Castle County Government Center |
| F: (302) 472-4920 | 87 Read's Way |
| brianjordan@jordanlaw-llc.com | New Castle, DE 19720 |
| Attorney for Plaintiffs | P: (302-395-5130) |
| | Attorney for Defendant |